Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Plaintiff,*
*Jeffery R. Werner*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JEFFERY R. WERNER,

Plaintiff,

v.

EVOLVE MEDIA, LLC;
CRAVEONLINE, LLC;
TOTALLYHER MEDIA, LLC; and
DOES 3-25, inclusive,

Defendants.

Case 2:18-cv-07188-VAP-SK

**PLAINTIFF'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Jeffery R. Werner ("Werner") hereby submits the following statement of undisputed material facts, with references to supporting evidence, in support of their Motion for Summary Judgment:

**Undisputed Facts For Summary Judgment**

| No. | UNDISPUTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| **1.** | Jeffery R. Werner is a professional photographer with over 35 years experience. | Declaration of Jeffery R. Werner ("Werner Decl.") ¶2 |
| **2.** | His photographs have appeared in publications such as *Life, Time, Newsweek, People, Marie Claire, FHM, Smithsonian, Playboy, Maxim, In Touch, Daily Mail, Penthouse*, and many others. | Werner Decl. ¶3 |
| **3.** | He is widely known for his specialty work in capturing video and photographs of dangerous stunts, and is the only photographer inducted into the Stuntworld Hall of Fame. | Werner Decl. ¶4 |
| **4.** | His work has been featured on such television shows as *That's Incredible!, The World's Greatest Stunts, Stuntmasters, Guinness World Record Spectaculars, Ripley's Believe It Or Not,* and *I Dare You.* | Werner Decl. ¶5 |
| **5.** | In addition to stunt work, much of Werner's time is devoted to capturing exotic animals, sideshow eccentricities, and people who have overcome incredible obstacles. | Werner Decl. ¶6 |
| **6.** | Werner is the president of the editorial syndication agency, Incredible Features, Inc. ("Incredible Features"), which | Werner Decl. ¶7 |

| | | |
|---|---|---|
| | distributes and syndicates his and other photographer's works. | |
| **7.** | The uniqueness of Werner's portfolio has resulted in substantial licensing opportunities throughout the years on which he relies to research and fund future photo shoots and to pay himself and his staff at Incredible Features. | Werner Decl. ¶8 |
| **8.** | Werner has always maintained the publishing rights to his works. | Werner Decl. ¶10 |
| **9.** | Werner relies on income generated from licensing his photographs and editorial packages to provide the revenue necessary to produce his next story and to pay the staff of Incredible Features. | Werner Decl. ¶11 |
| **10.** | Unfortunately, a multitude of unauthorized copies of Werner's works and others from Incredible Features' portfolio are now on the Internet as a result of theft. Incredible Features has now been forced to add additional staff to discover piracy and to help collect the revenues due from copyright infringements. The policing of its intellectual properties have become a cumbersome and expensive task, which adds to the cost of every photograph produced. | Werner Decl. ¶¶12-14 |

| | | |
|---|---|---|
| **11.** | For each photograph that Werner creates, he makes a number of creative decisions in order to ensure that he produces the most compelling and unique shot including the selection of the camera equipment to be used, choice of the location and time of day, the angle of the shot, determining and framing the subject and appropriate background elements, determining the precise moment in time when the shot is to be taken, employing various lighting techniques, utilizing shading, and exposure. | Werner Decl. ¶15; **Index of Exhibit ("IOE") #1**, "The Enquiring Mind of Jeffery Werner," *Photo District News*, August 1989 |
| **12.** | In 2009, Werner captured a series of photographs of "Giant George," a four-year-old blue Great Dane who, at 43 inches tall, was considered to be the world's tallest dog. | Werner Decl. ¶17; **IOE #2**, Copyright Registration VAu 1-005-177 and accompanying deposit materials |
| **13.** | One of the photographs Werner took was of George and his owner, Dave Nasser, sitting in the grass ("Giant George Image"). | Werner Decl. ¶18; **IOE #2**, Copyright Registration VAu 1-005-177 and accompanying deposit materials |
| **14.** | Werner subsequently registered the Giant George Image with the United States Copyright Office under registration number VAu 1-005-177, with an effective registration date of November 11, 2009. | Werner Decl. ¶¶19-20; **IOE #2**, Copyright Registration VAu 1-005-177 and accompanying deposit materials |
| **15.** | After Werner's photographs were published, Giant George made a number of high profile media appearances, including an | Werner Decl. ¶21 |

| | | |
|---|---|---|
| | appearance on The Oprah Winfrey Show in February 2010, where the Guinness Book of World Records officially titled George "the world's tallest dog." | |
| **16.** | The story of Giant George became quite popular which afforded Werner a number of lucrative licensing opportunities for the Giant George Image. | Werner Decl. ¶22 |
| **17.** | Giant George passed away in 2013, which generated renewed interest in the Giant George Image. | Werner Decl. ¶23 |
| **18.** | In 2012, Werner captured a series of photographs of R.C. Bridges, nicknamed the "Buffalo Whisperer," and his wife Sherron, who share their Texas home a 2,400lbs buffalo named "Wildthing" and a 900lbs buffalo named "Bullet." | Werner Decl. ¶24; **IOE #3**, Copyright Registration VA 1-915-275 and accompanying deposit materials |
| **19.** | One of the photographs Werner took was of Bridges roping Wildthing, and Bullet ("Buffalo Whisperer Image"). | Werner Decl. ¶25; **IOE #3**, Copyright Registration VA 1-915-275 and accompanying deposit materials |
| **20.** | Werner subsequently registered the Buffalo Whisperer Image with the United States Copyright Office under registration number VA 1-915-275, with an effective registration date of May 16, 2014. | Werner Decl. ¶26; **IOE #3**, Copyright Registration VA 1-915-275 and accompanying deposit materials |

| | | |
|---|---|---|
| **21.** | The story of the "Buffalo Whisperer" became quite popular which afforded Werner a number of lucrative licensing opportunities for the Buffalo Whisperer Image. | Werner Decl. ¶28 |
| **22.** | In 2013, Werner captured a series of photographs of "Mr. Stubbs," an alligator who was the first in the world to be fitted with a prosthetic tail after losing his in a fight. | Werner Decl. ¶29; **IOE #4**, Copyright Registration VA 1-861-824 and accompanying deposit materials |
| **23.** | One of the photographs Werner took was a full body shot of "Mr. Stubbs" while he was bearing his teeth ("Mr. Stubbs Image"). | Werner Decl. ¶30; **IOE #4**, Copyright Registration VA 1-861-824 and accompanying deposit materials |
| **24.** | Werner subsequently registered the Mr. Stubbs Image with the United States Copyright Office under registration number VA 1-861-824, with an effective registration date of March 13, 2013. | Werner Decl. ¶¶31-32; **IOE #4**, Copyright Registration VA 1-861-824 and accompanying deposit materials |
| **25.** | The story of "Mr. Stubbs" became quote popular, which afforded Werner a number of lucrative licensing opportunities for the Mr. Stubbs Image. | Werner Decl. ¶33 |
| **26.** | In 2013, Werner captured a series of photographs of "Wiley," a coyote that was born in the wild but domesticated and kept as a pet by eight-year-old Hailey Hanestad. | Werner Decl. ¶34; **IOE #5**, Copyright Registration VA 1-920-166 and accompanying deposit materials |

| | | |
|---|---|---|
| **27.** | One of the photographs Werner took was of "Wiley" and eight-year-old Hailey, sitting on Hailey's bed ("Wiley Coyote Image"). | Werner Decl. ¶35; **IOE #5**, Copyright Registration VA 1-920-166 and accompanying deposit materials |
| **28.** | Werner subsequently registered the Wiley Coyote Image with the United States Copyright Office under registration number VA 1-920-166, with an effective registration date of December 17, 2013. | Werner Decl. ¶¶36-37; **IOE #5**, Copyright Registration VA 1-920-166 and accompanying deposit materials |
| **29.** | The story of "Wiley" became quite popular, which afforded Werner a number of lucrative licensing opportunities for the Wiley Coyote Image. | Werner Decl. ¶38 |
| **30.** | Evolve Media, LLC ("Evolve") is a California Limited Liability Company with a principle place of business at 5140 Goldleaf Circle, Los Angeles, CA, 90056. | **IOE #26**, Defendant Evolve Media LLC's, CraveOnline, LLC's and TotallyHer Media, LLC's Answer and Affirmative Defenses to First Amended Complaint ("Answer") ¶5 |
| **31.** | CraveOnline Media, LLC "CraveOnline") and TotallyHer Media, LLC ("TotallyHer") are wholly owned subsidiaries of Evolve. | **IOE #26**, Answer ¶24 |
| **32.** | Evolve, CraveOnline, and TotallyHer, all have a principle place of business at 5140 Goldleaf Circle, Los Angeles, CA, 90056. | **IOE #26**, Answer ¶¶6-8 |
| **33.** | Josh Ellingwood is the General Counsel for Evolve, CraveOnline, and TotallyHer. | **IOE #13**, Email correspondence between Brian Wolff and Josh Ellingwood dated June 2017, at EM_000113; **IOE #27** Amended Interim Designation of Agent to |

| | | |
|---|---|---|
| | | Receive Notification of Claimed Infringement for TotallyHer Media, LLC; **IOE #28** Amended Interim Designation of Agent to Receive Notification of Claimed Infringement for CraveOnline Media, LLC; **IOE #29** Amended Interim Designation of Agent to Receive Notification of Claimed Infringement for Evolve Media, LLC |
| **34.** | Evolve, CraveOnline, and TotallyHer have all designated with the United States Copyright Office Ellingwood as their authorized agent to receive notifications for claims related to copyright infringement at their principle place of business at 5140 Goldleaf Circle, Los Angeles, CA, 90056. | **IOE #27** Amended Interim Designation of Agent to Receive Notification of Claimed Infringement for TotallyHer Media, LLC; **IOE #28** Amended Interim Designation of Agent to Receive Notification of Claimed Infringement for CraveOnline Media, LLC; **IOE #29** Amended Interim Designation of Agent to Receive Notification of Claimed Infringement for Evolve Media, LLC |
| **35.** | CraveOnline operates the website www.craveonline.com. | **IOE #24** Defendant Evolve Media LLC's Responses and Objections To Plaintiff Jeffery R. Werner's First Set of Requests For Admission ("RFAs"), Response #1 |
| **36.** | CraveOnline launched www.craveonline.com in 2004. | **IOE #24** RFAs, Response #2 |
| **37.** | TotallyHer operates the website www.momtastic.com. | **IOE #24** RFAs, Response #3 |
| **38.** | Evolve launched www.momtastic.com in 2010. | **IOE #30** "Evolve Media Corp. Launches Momtastic, a Premium Parenting Site Offering Answers, Support, Ideas & Inspiration through Mommy Blogging and Social Media," *Business Wire*, September 2, 2010 |
| **39.** | www.webecoist.com is a subdomain of www.momtastic.com which is operated by Totally Her. | **IOE #24** RFAs, Response #6 |

| | | |
|---|---|---|
| **40.** | TotallyHer acquired www.webecoist.com in 2011. | **IOE #24** RFAs, Response #7 |
| **41.** | TotallyHer operates the website www.dogtime.com. | **IOE #24** RFAs, Response #9 |
| **42.** | TotallyHer acquired www.dogtime.com in 2014. | **IOE #24** RFAs, Response #10 |
| **43.** | Evolve supervises and controls the use of photographic imagery on its subsidiaries' websites through a written Image Use Policy which outlines required procedures related to submission and use of photographic images. | **IOE #17** Evolve Media Corp. Image Use Policy dated July 19, 2012; **IOE #18** Evolve Media Image Use Policy dated March 24, 2016; **IOE #19** Evolve Media Corp. Image Use Policy Getty Images Addendum dated July 30, 2012; **IOE #20** Evolve Media Corp. Image Use Policy WENN Addendum dated July 30, 2012 |
| **44.** | Failure to comply with Evolve's Image Use Policy may result in disciplinary action or termination or any employee or independent contractor. | **IOE #17** Evolve Media Corp. Image Use Policy dated July 19, 2012, at EM_000148; **IOE #18** Evolve Media Image Use Policy dated March 24, 2016, at EM_000177 |
| **45.** | The Image Use Policy and its addendums are issued by Evolve and apply to images intended for use on the websites www.momtastic.com, www.webecoist.com, and www.craveonline.com, which are listed as "Evolve Owned and Operated Websites." | **IOE #17** Evolve Media Corp. Image Use Policy dated July 19, 2012; **IOE #18** Evolve Media Image Use Policy dated March 24, 2016; **IOE #19** Evolve Media Corp. Image Use Policy Getty Images Addendum dated July 30, 2012, at EM_000180; **IOE #20** Evolve Media Corp. Image Use Policy WENN Addendum dated July 30, 2012, at EM_000185 |
| **46.** | In some instances, Evolve permits unlicensed infringing use of photographs. For example, Evolve's March 24, 2016 Image Use Policy encourages unlincensed imagery to be used in meme or GIFs | **IOE #18** Evolve Media Image Use Policy dated March 24, 2016, at EM_000176 |

| | | |
|---|---|---|
| | stating "[w]hile this is considered copyright infringement legally speaking, content owners might not press the issue because it may help to integrate their brands into the culture to have their works copies [sic] around the internet in very small bites." | |
| **47.** | On June 20, 2016, Evolve posted an article on www.craveonline.com titled "10 People With Incredibly Badass Pets" ("Crave Article"). | **IOE #7** Letters dated May 16, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC; **IOE #24** RFAs, Response #23 |
| **48.** | The Crave Article was authored by K. Thor Jensen, an independent contractor. | **IOE #24** RFAs, Response #19 and #22; **IOE #15** Invoice for Kristopher Thor Jensen dated June 30, 2016 |
| **49.** | Evolve paid K. Thor Jensen to author the Crave Article. | **IOE #24** RFAs, Response #17; **IOE #15** Invoice for Kristopher Thor Jensen dated June 30, 2016 |
| **50.** | As part of Evolve's policies and procedures, the author selects photographs for articles on www.craveonline.com. | **IOE #24** RFAs, Response #15 |
| **51.** | As part of Evolve's policies and procedures, a Managing Editor reviews content before publication on www.craveonline.com. | **IOE #24** RFAs, Response #16 |
| **52.** | Evolve received advertising revenue in connection with the Crave Article. | **IOE #24** RFAs, Response #14; **IOE #22** Spreadsheet of page views and advertising revenues |
| **53.** | Copies of Werner's Buffalo Whisperer and Wiley Coyote | Werner Decl. ¶¶39-40; **IOE #7** Letters dated May 16, 2017 addressed to Josh |

| | | |
|---|---|---|
| | Images were displayed with the Crave Article. | Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC |
| **54.** | The Buffalo Whisperer and Wiley Coyote Images were not licensed for use in the Crave Article. | **IOE #24** RFAs, Response #21 |
| **55.** | On March 25, 2013, Evolve posted an article on www.webecoist.momtastic.com title "Bionic Animals: 10 Creatures Thriving with Prosthetics" ("Webecosit Article") | **IOE #24** RFAs, Response #37 |
| **56.** | The Webecoist Article was authored by Stephanie A. Rogers, an independent contractor. | **IOE #24** RFAs, Response ' #33 and #36; **IOE #21** Invoice for Stephanie Rogers dated March 2013 |
| **57.** | Evolve Paid Stephanie A. Rogers to author the Webecoist Article. | **IOE #24** RFAs, Response #31; **IOE #21** Invoice for Stephanie Rogers dated March 2013 |
| **58.** | As part of Evolve's policies and procedures, the author selects photographs for articles on www.webecoist.momtastic.com. | **IOE #24** RFAs, Response #29 |
| **59.** | As part of Evolve's policies and procedures, a Managing Editor reviews content before publication on www.webecoist.momtastic.com. | **IOE #24** RFAs, Response #30 |
| **60.** | Evolve received advertising revenue in connection with the Webecoist Article. | **IOE #24** RFAs, Response #28; **IOE #22** Spreadsheet of page views and advertising revenues |
| **61.** | A copy of Werner's Mr. Stubbs Image was displayed with the Webecoist Article. | Werner Decl. ¶¶44-45; **IOE #7** Letters dated May 16, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC |
| **62.** | The copy of Werner's Mr. | **IOE #7** Letters dated May 16, 2017 |

| | | |
|---|---|---|
| | Stubbs Image displayed with the Webecoist Article contained the visible watermark "© Incredible Features/Barcroft M" in the bottom left corner. | addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC |
| **63.** | The Mr. Stubbs Image was not licensed for use in the Webecoist Article. | Werner Decl. ¶¶44-45; **IOE #24** RFAs, Response #28 |
| **64.** | In December 2013, an article appeared on www.dogtime.com titled "Best dog pictures of 2013" ("Dogtime Article"). | Werner Decl. ¶¶42-43; **IOE #7** Letters dated May 16, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC |
| **65.** | A copy of Werner's Giant George Image was displayed with the Dogtime Article. | Werner Decl. ¶¶42-43; **IOE #7** Letters dated May 16, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC |
| **66.** | Evolve received advertising revenue in connection with the Dogtime Article. | **IOE #22** Spreadsheet of page views and advertising revenues |
| **67.** | The Dogtime Article continued to generate page views and advertising revenue after TotallyHer acquired Dogtime in 2014. | **IOE #22** Spreadsheet of page views and advertising revenues; **IOE #23** Google Analytics report for "Best dog pictures of 2013" |
| **68.** | The Giant George Image was not licensed for use in the Dogtime Article. | Werner Decl. ¶¶42-43 |
| **69.** | On May 16, 2017, Brian R. Wolff of International Intellectual Property, Inc. sent a letter to 5140 W. Goldleaf Circle, 3rd Floor, Los Angeles, CA 90056 addressed to Josh | Declaration of Brian R. Wolff ("Wolff Decl.") ¶¶10-14; **IOE #7** Letters dated May 16, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC; **IOE #8** United States Postal Service Signature |

| | | |
|---|---|---|
| | Ellingwood, the registered agent for CraveOnline. | Confirmation™ for item number 9410803699300089507775; **IOE #27** Amended Interim Designation of Agent to Receive Notification of Claimed Infringement for TotallyHer Media, LLC; **IOE #28** Amended Interim Designation of Agent to Receive Notification of Claimed Infringement for CraveOnline Media, LLC |
| **70.** | The letter stated that the display of the Buffalo Whisperer and Wiley Coyote Images with the Crave Article were not authorized and contained a link to the Crave Article on www.craveonline.com, proof of copyright registration for the Buffalo Whisperer and Wiley Coyote Images, and screenshots of the Crave Article. | **IOE #7** Letters dated May 16, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC |
| **71.** | On May 16, 2017, Brian R. Wolff of International Intellectual Property, Inc. ("IIPI") sent a letter to 5140 W. Goldleaf Circle, 3rd Floor, Los Angeles, CA 90056 addressed to Josh Ellingwood, the registered agent for TotallyHer. | Wolff Decl. ¶¶10-14; **IOE #7** Letters dated May 16, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC; **IOE #8** United States Postal Service Signature Confirmation™ for item number 9410803699300089507775 |
| **72.** | The letter stated that the display of the Mr. Stubbs and Giant George Images with the Webecoist and Dogtime Articles were not authorized and contained a link to the Webecoist Article on www.webecoist.momtastic.com and the Dogtime Article on www.dogtime.com, proof of copyright registrations for the Mr. Stubbs and Giant George | **IOE #7** Letters dated May 16, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC |

| | | |
|---|---|---|
| | Images, and screenshots of the Webecoist and Dogtime Articles. | |
| **73.** | According to United State Postal Service records both May 16, 2017 letters were signed for and delivered on May 17, 2017 to "J ELLINGWOOD" at 5140 Goldleaf Circle, 3rd floor, Los Angeles, CA 90056. | Wolff Decl. ¶¶13-14; **IOE #8** United States Postal Service Signature Confirmation™ for item number 9410803699300089507775 |
| **74.** | Josh Ellingwood subsequently sent a letter to Whalerock Digital Media, LLC dated May 16, 2017 re: Notice of Claim for Copyright Infringement (Jeffrey Werner) seeking indemnification from Whalerock for the claimed infringement. | **IOE #16** Letter from Josh Ellingwood to Whalerock Digital Media, LLC dated May 16, 2017 re: Notice of Claim for Copyright Infringement (Jeffrey Werner) |
| **75.** | After sending the May 16, 2017 letters, Wolff observed that the Buffalo Whisperer and Wiley Coyote Wiley Coyote Images were removed from www.craveonline.com, but that the Mr. Stubbs and Giant George Images had not been removed from www.webecoist.momtastic.com and www.dogtime.com, respectively. | Wolff Decl. ¶15 |
| **76.** | After waiting a week and verifying that the Mr. Stubbs and Giant George Images had not been removed, Wolff sent a second consolidated letter to Ellingwood dated May 23, 2017 stating that, as of the date of the | Wolff Decl. ¶¶16-19; **IOE #9** Letter dated May 23, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC; **IOE #10** United States Postal Service Signature Confirmation™ for item number 9410803699300089678345 |

| | | |
|---|---|---|
| | letter, the Mr. Stubbs and Giant George Images had not been removed. | |
| **77.** | According to United State Postal Service records the May 23, 2017 letter was signed for and delivered on May 24, 2017 to "J ELLINGWOOD" at 5140 Goldleaf Circle, 3rd floor, Los Angeles, CA 90056. | Wolff Decl. ¶¶18-19; **IOE #10** United States Postal Service Signature Confirmation™ for item number 9410803699300089678345 |
| **78.** | After waiting a week and verifying that the Mr. Stubbs and Giant George Images had not been removed, Wolff sent a third letter to Ellingwood dated May 30, 2017 stating that, as of the date of the letter, the Mr. Stubbs and Giant George Images had not been removed. | Wolff Decl. ¶¶20-24; **IOE #11** Letter dated May 30, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC; **IOE #12** United States Postal Service Signature Confirmation™ for item number 9410803699300089825190 |
| **79.** | According to United State Postal Service records the May 30, 2017 letter was signed for and delivered on May 31, 2017 to "J ELLINGWOOD" at 5140 Goldleaf Circle, 3rd floor, Los Angeles, CA 90056. | Wolff Decl. ¶¶23-24; **IOE #11** Letter dated May 30, 2017 addressed to Josh Ellingwood of TotallyHer Media, LLC and CraveOnline, LLC; **IOE #12** United States Postal Service Signature Confirmation™ for item number 9410803699300089825190 |
| **80.** | On June 13, 2017, Ellingwood sent an email to Wolff stating that he has been "out of pocket" for a couple of weeks but that he was aware of the claimed infringements and requested that the parties speak by telephone. | Wolff Decl. ¶¶25-30; **IOE #13** Email correspondence between Brian Wolff and Josh Ellingwood dated June 2017 |
| **81.** | On June 16, 2017, Wolff and Ellingwood spoke on the telephone to discuss the letters | Wolff Decl. ¶¶25-30; **IOE #13** Email correspondence between Brian Wolff and Josh Ellingwood dated June 2017 |

| | | |
|---|---|---|
| | sent by Wolff and to discuss the continued infringing use of the Mr. Stubbs and Giant George Images. | |
| **82.** | Later on June 16, 2017, Wolff sent a follow up email to Ellingwood with links to download digital copies of all the correspondence he had previously sent. | Wolff Decl. ¶¶29-30; **IOE #13** Email correspondence between Brian Wolff and Josh Ellingwood dated June 2017 |
| **83.** | On August 16, 2018, Werner filed the instant lawsuit. | **IOE #13** Civil Docket for case 2:18-cv-07188-VAP-SK *Werner v. Evolve Media et al*., dated March 9, 2020 |
| **84.** | At the time Werner filed this lawsuit, both the Mr. Stubbs and Giant George Images were still being displayed on www.webecoist.momtastic.com and www.dogtime.com, respectively. | Wolff Decl. ¶¶31-32; **IOE #14** Screenshots of www.dogtime.com and www.webesocist.momtastic.com dated August 16, 2018 |
| **85.** | As of March 9, 2020, the Giant George Image is still being displayed at www.dogtime.com. | Wolff Decl. ¶¶33-34; Werner Decl. ¶¶48-49; **IOE #6** Screenshot of https://cdn1-www.dogtime.com/assets/uploads/gallery/best-dog-pictures-and-top-events-of-2013/former-guinness-world-record-tallest-dog-dies.jpg<br>Dated March 9, 2020 |

Dated: March 9, 2020

Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
rcarreon@higbeeassociates.com