Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for Plaintiff,
JEFFERY R. WERNER,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFERY R. WERNER,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>EVOLVE MEDIA, LLC;<br>CRAVEONLINE, LLC;<br>TOTALLYHER MEDIA, LLC and<br>DOES 3-25, inclusive,<br><br>　　　　　　　Defendant. | Case No. 2:18-cv-07188-VAP-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

[PROPOSED] ORDER

1

After considering the Application for Leave to File Under Seal Documents In Support of Plaintiff Jeffery R. Werner's Motion For Summary Judgment and good cause appearing therefor, IT IS HEREBY ORDERED THAT the Application is GRANTED and the following documents shall be filed under seal:

- **Exhibit 15.** Document bates stamped EM_000002.
- **Exhibit 17.** Document bates stamped EM_000147-000149.
- **Exhibit 18.** Document bates stamped EM_000175-000177.
- **Exhibit 19.** Document bates stamped EM_000178-000180.
- **Exhibit 20.** Document bates stamped EM_000184.
- **Exhibit 22.** Document bates stamped EM_000191.
- **Exhibit 23.** Document bates stamped EM_000193.

DATED: March ___, 2020

_____
Hon. Virgina A. Phillips
United States District Court Judge