JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffery Werner, | 2:18-cv-7188-VAP-SKx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Evolve Media, LLC, et al. | |
| Defendants | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

This Court, having read and considered the Motion of Plaintiff Jeffery R. Werner's ("Werner") summary judgment against Defendants Evolve Media, LLC ("Evolve"), CraveOnline, LLC ("Crave"), and TotallyHerMedia, LLC ("TotallyHer"), and having considered the evidence and argument offered in support thereof, and good cause appearing, IT IS HEREBY ORDERED,

ADJUDGED AND DECREED, that the motion is GRANTED, as follows and as specified in the Court's accompanying Order:

1. Werner is GRANTED summary judgment against Evolve and CraveOnline for infringing use of the Buffalo Whisperer and Wiley Coyote Images in the Crave Article appearing on www.craveonline.com;
2. Werner is GRANTED summary judgment against Evolve and TotallyHer for infringing use of the Mr. Stubb's Image in the Webecoist Article appearing on www.webecoist.momtastic.com;
3. Werner is GRANTED summary judgment against Evolve and TotallyHer for infringing use of the Giant George Image in the Dogtime Article appearing on www.dogtime.com;
4. Werner is hereby entitled to pursue an award of statutory damages and attorneys fees in connection with the infringements of the Buffalo Whisperer, Wiley Coyote, Mr. Stubbs, and Giant George Image.

The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 4/28/20

Virginia A. Phillips
Chief United States District Judge