# Exhibit "A"

## Ryan E. Carreon

| Date | Task | Hours |
|---|---|---|
| 8/1/18 | Email w/ client re case | 0.2 |
| 8/2/18 | Download and review case file from client | 0.5 |
| | Research re corporate structure of Evolve and subsidiaries; pull related lawsuit and corporate docs from Lexis | 0.8 |
| 8/3/18 | Draft complaint; prep exhibits; email client and MKH re draft complaint | 1.2 |
| 8/6/18 | Review client edits to complaint and make changes | 0.3 |
| 8/9/18 | Review additional info provided by client | 0.5 |
| | Email to client re question about additional infringement | 0.1 |
| | Review client response to email | 0.1 |
| 8/10/18 | Call w/ client re: case strategy and filing | 0.4 |
| 8/16/18 | Review filings prior to submission | 0.2 |
| 8/17/18 | Follow up with client re filings | 0.1 |
| 8/20/18 | Email to Josh Ellingwood re: conformed copy of complaint | 0.1 |
| 9/6/18 | Email to Josh Ellingwood re: follow up on complaint | 0.1 |
| | Read response from Josh Ellingwood; Forward email to client | 0.4 |
| 9/7/18 | Email from Client | 0.1 |
| | Call w/ client re: Email from Ellingwood and how to proceed | 0.4 |
| 9/10/18 | Email to Ellingwood re: settlement offer | 0.1 |
| 9/12/18 | Review Answer to Complaint and assess viability of affirmative defenses | 0.4 |
| 9/13/18 | Review Court's Scheduling Conference Order | 0.2 |
| | Intro email to opposing counsel | 0.1 |
| 9/17/18 | Review email from client | 0.1 |
| | Call w/ opposing attorney David Harford to discuss case and prospect of settlement | 0.6 |
| | Research re: actual damages cases | 0.8 |
| | Email to David Harford re: damages analysis | 0.6 |
| | Email to client re: call with Harford | 0.2 |
| | Call w/ client | 0.7 |
| 9/18/18 | Email from client re: damages | 0.1 |
| 9/21/18 | Review Evolve notice of interested parties | 0.1 |
| 9/24/18 | Email to Harford re following up on settlement discussion | 0.1 |
| | Exchange emails w/client | 0.2 |
| 9/25/18 | Call w/ client | 0.4 |
| | Email to Harford | 0.2 |
| | Review new info sent by client | 0.2 |
| 10/1/18 | Email to Harford re: follow up | 0.1 |
| 10/4/18 | Review email from Harford and forward to client | 0.1 |
| 10/5/18 | Call w/ client re: settlement update | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 10/9/18 | Email to Harford | 0.1 |
| 10/10/18 | Review email from Harford | 0.1 |
| | Begin drafting Rule 26(f) Report | 0.8 |
| 10/11/18 | Finalize Rule 26(f) report and send draft to Harford | 0.5 |
| 10/15/18 | Follow up email w/ client | 0.1 |
| | Email exchange with Harford re: Rule 26(f) report | 0.3 |
| 10/16/18 | Call w/ client re: case status | 0.3 |
| 10/19/18 | Review draft Rule 26(f) report from Harford | 0.1 |
| 10/22/18 | Call w/ client re potential mediation | 0.2 |
| | Email to Harford re: ADR procedures | 0.1 |
| 10/29/18 | Review email from SB re: scheduling conference update | 0.1 |
| 10/31/18 | Review Minute Order | 0.1 |
| 11/8/18 | Call w/ client re: mediation dates | 0.3 |
| | Email courtroom deputy regarding available mediation dates | 0.1 |
| 12/13/18 | Email w/ client re mediation | 0.2 |
| | Confirm with Harford available mediation dates | 0.1 |
| 12/14/18 | Email with Harford and chambers to finalize mediation dates | 0.2 |
| 12/17/18 | Review file from Client re: damages | 0.5 |
| | Call w/ client re: damages file and send follow up email | 0.7 |
| 12/18/18 | Review court order re: mediation | 0.2 |
| 12/20/18 | Email to Harford breaking down damages analysis and actual damages calculation | 0.7 |
| 12/26/18 | Review response email from Harford re: damages analysis | 0.2 |
| | Research re: statutory damages multipliers | 0.7 |
| | Respond to Harford email re: damages and supporting cases | 0.3 |
| 1/4/19 | Email with client re Mediation logistics | 0.2 |
| 1/7/19 | Email with client re: mediation strategy | 0.3 |
| | Email from client re: additional info | 0.1 |
| 1/21/19 | Begin drafting Mediation Brief | 2.2 |
| | Research re: volitional act requirement and secondary liability | 1.1 |
| | Research re: infringement predating DMCA registration | 0.7 |
| 1/22/19 | Email to client re question about registrations | 0.2 |
| | Draft Mediation brief argument section re Fair Use | 2.5 |
| 1/23/19 | Finalize mediation brief and draft damages section | 1.5 |
| | Prep exhibits for mediation brief | 0.4 |
| | Call w/ client re attendance at mediation | 0.6 |
| | Email chambers re: client attendance at mediation | 0.1 |
| 1/24/19 | Email to Harford re: settlement offer | 0.2 |
| | Email to client re magistrate judge | 0.1 |
| 1/25/19 | Email mediation brief and exhibits to chambers | 0.1 |
| | Call w/ client re: mediation strategy | 0.9 |
| 1/29/19 | Call w/ Magistrate Judge re: mediation preparation | 0.5 |

| Date | Description | Hours |
|---|---|---|
|  | Follow up call and email w/ client re call w/ magistrate judge and strategy for mediation | 1.6 |
|  | Review additional documents sent by client for mediation | 0.3 |
| 1/30/19 | Travel to meet with client to prep for mediation and attend settlement conference | 10.5 |
| 1/31/19 | Email to Harford re: call from Evolve CEO and follow up call | 0.2 |
|  | Call w/ Aaron Broder re: his thoughts on merits of the case | 0.8 |
|  | Follow up email to Broder re: call | 0.2 |
|  | Email to NS and MKH re: call w/ Broder | 0.2 |
| 2/1/19 | Call w/ client re: communication with Broder | 0.7 |
| 2/7/19 | Email w/ client re follow up call | 0.1 |
| 2/13/19 | Review filings and draft requests for production, interrogatories, and requests for admission | 3.5 |
| 2/15/19 | Email from Harford re: deposition dates | 0.1 |
|  | Email to client re availability for depositions and send draft discovery requests | 0.1 |
| 2/18/19 | Email Harford re: availability for a call | 0.1 |
| 2/20/19 | Call w/ Harford re: discuss discovery logistics and settlement | 0.7 |
|  | Email w/ client re: update on call with Harford; other cases against Evolve | 0.2 |
| 2/21/19 | Email discovery requests to Harford | 0.1 |
| 3/11/19 | Call w/ client re: deposition dates follow up | 0.1 |
| 3/18/19 | Email w/ client re discovery issues | 0.2 |
| 3/21/19 | Email exchange w/ Harford requesting extension to respond to discovery | 0.2 |
|  | Follow up email to client re: extension and additional discovery matters | 0.3 |
| 3/26/19 | Email to Harford re: extending scheduling order in light of mediation session | 0.2 |
| 3/28/19 | Prep joint stipulation and proposed order to extend all deadlines by 90 days | 0.5 |
| 3/29/19 | Follow up email from Harford re: joint stipulation | 0.1 |
| 4/4/19 | Call w/ Harford re substitution of attorney | 0.3 |
|  | Email to client re: call w/ Harford | 0.1 |
| 4/5/19 | Call w/ client re discovery and substitution of attorney | 0.6 |
| 4/11/19 | Call w/ attorney Jeffrey Valle re: subbing in to the case | 0.8 |
|  | Email to Valle re: follow up from call | 0.1 |
| 4/17/19 | Call w/ client re new attorney | 0.4 |
| 4/18/19 | Call w/ Valle re prospect for settlement | 0.6 |
|  | Follow up email exchange with Valle re damages calculation and breakdown | 0.5 |
| 4/22/19 | Call w/ Valle re damages calculation | 0.4 |
| 4/29/19 | Review discovery responses from Evolve; forward to client | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 5/3/19 | Call w/ client to discuss discovery responses | 0.4 |
| 5/15/19 | Review discovery requests from Evolve and forward to client | 0.6 |
|  | Email to Valle re: Evolve's discovery responses | 0.1 |
| 5/16/19 | Call w/ client to review discovery requests from Evolve | 1.4 |
|  | Email to Valle to set up a call | 0.2 |
| 5/20/19 | Call w/ Valle re: protective order | 0.2 |
|  | Draft stipulated protective order and send draft to Valle | 0.6 |
| 5/23/19 | Follow up email to Valle re: draft protective order | 0.2 |
| 5/29/19 | Email exchange w/ Valle re: protective order | 0.3 |
| 5/31/19 | Follow up w/ client re discovery responses | 0.4 |
| 6/7/19 | Email w/ client re discovery follow up | 0.1 |
| 6/8/19 | Email w/ client re interrogatory reponses | 0.3 |
| 6/12/19 | Call w/ client re: potential for expert witness | 0.5 |
| 6/13/19 | Review interrogatory responses and documents from client and begin drafting discovery responses | 1.5 |
| 6/14/19 | Review client's document production to determine what is responsive | 2.3 |
|  | Research re discovery objections and continue drafting responses | 2.5 |
| 6/18/19 | Review edits to draft protective order | 0.2 |
| 6/20/19 | Send draft discovery responses to client | 0.1 |
|  | Call w/ client re document production and discovery responses | 0.9 |
| 6/21/19 | Incorporate client corrections into discovery responses | 0.3 |
|  | Send discovery responses to Valle | 0.1 |
| 6/24/19 | Draft stipulation to extend deadlines and proposed order and send to opposing counsel | 0.7 |
| 6/26/18 | Review redline to stipulation to extend deadlines | 0.3 |
| 7/2/19 | Email exchange w/ Valle re status of Evolve's document production | 0.4 |
| 7/10/19 | Call w/ Valle re: Schedule for Evolve's document production | 0.5 |
| 8/5/19 | Call w/ Valle re: amended complaint to add additional defendants and to discuss settlement | 0.5 |
|  | Follow up email to Valle re: stipulations of website ownership and settlement | 0.3 |
| 8/8/19 | Review Evolve's supplemental responses to requests for admission | 0.3 |
|  | Draft amended complaint to add two new defendants and forward draft to client for review | 0.5 |
|  | Begin drafting Motion for Leave to file amended complaint | 2.5 |
| 8/12/19 | Finalize motion for leave to file amended complaint and declaration | 0.8 |
| 8/13/19 | Email exchange re: format of document production and ESI issues | 0.4 |

| Date | Description | Hours |
|---|---|---|
| | Communicate with vendor re: document conversion program to produce document in manner specified by counsel | 0.7 |
| 8/14/19 | Email w/ chambers re: status of courtesy copies | 0.1 |
| | Work with vendor re: document formatting issues and document conversion software | 1.3 |
| 8/16/19 | Emails to Valle re: document exchange | 0.2 |
| | Work through technical issues related to document production and rendering software | 0.9 |
| 8/17/19 | Email to Valle re technical issues; transmit document production in PDF format | 0.1 |
| 8/21/19 | Review non-opposition re: amended complaint | 0.2 |
| 8/22/19 | Review minute order re: motion for leave | 0.2 |
| 8/23/19 | Call w/ Valle re: discovery issues and document production | 0.6 |
| 8/29/19 | Finalize hard drive to send to Valle re: document production | 0.3 |
| 9/5/19 | Email to DR re: service of amended complaint | 0.1 |
| 9/6/19 | Email to potential expert re: damages | 0.2 |
| 9/13/19 | Call w/ potential expert witness to discuss case and fee arrangement | 1.1 |
| | Review answer to amended complaint | 0.3 |
| 9/27/19 | Email to Valle explaining the technical difficulties with document rendering program | 0.3 |
| 10/10/19 | Email w/ client re: active infringement on DogTime | 0.1 |
| 10/15/19 | Email to Valle re scheduling a call | 0.1 |
| 10/18/19 | Call w/ Valle to discuss ongoing discovery issues | 0.5 |
| | Prep stipulation and proposed order to extend deadlines by 120 days | 0.6 |
| 10/22/19 | Follow up email to Valle re joint stipulation | 0.1 |
| 10/24/19 | Email w/ client re: case updates | 0.1 |
| 10/25/19 | Review redline of joint stipulation | 0.2 |
| 11/11/19 | Call w/ Client re: case updates | 0.4 |
| 11/20/19 | Emails w/ client re: potential expert witness | 0.2 |
| 11/22/19 | Call w/ Valle re: connecting with vendor in order to solve discovery issue re: document production | 0.4 |
| 12/13/19 | Follow up w/ potential expert re: retention | 0.2 |
| 1/14/20 | Review request to withdraw and get contact info for new attorney | 0.2 |
| 1/15/20 | Introduction email to new attorney Ricardo Chavez | 0.1 |
| | Call with client re new attorney and strategy | 0.5 |
| 1/29/20 | Call w/ Chavez re: status of the case and possibility of extension of deadlines | 0.5 |
| 2/4/20 | Follow up email to Chavez re: extension | 0.1 |
| 2/5/20 | Email to client re: case updates | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 2/19/20 | Call w/ Chavez re: settlement and potential for extension of deadlines | 0.6 |
| 2/24/20 | Email w/ client re: ongoing infringement | 0.1 |
| 2/25/20 | Follow up w/ Chavez re: extension | 0.1 |
| 2/27/20 | Call w/ Chavez to discuss settlement offer | 0.7 |
| 2/28/19 | Call to Chavez re: follow up | 0.2 |
| 3/2/19 | Call w/ Chavez re: MSJ meet and confer | 0.4 |
|  | Research re: originality and photographs and fair use defense | 2.8 |
|  | Draft MSJ section re: prima facie case and fair use defense | 2.5 |
| 3/4/19 | Research re: theories of secondary liability and applicability to refusing to remove infringing content. | 3.1 |
|  | Draft MSJ section re: vicarious and contributory liability | 2.8 |
| 3/5/19 | Research re: viability of affirmative defenses | 1.8 |
|  | Draft MSJ section re: affirmative defenses | 2.4 |
| 3/6/19 | Call Chavez re: sealing of documents for MSJ | 0.2 |
|  | Compile Exhibits for MSJ and flag potentially confidential filings | 1.5 |
|  | Draft Declarations of Brian Wolff and Jeffery Werner send to client for review | 2.2 |
| 3/9/19 | Draft Separate Statement of Undisputed Facts and mark citations to evidence | 5.5 |
|  | Finalize MSJ introduction and factual statement and review citations to the record | 3.2 |
|  | Pull examples and Draft Motion to File Under Seal and supporting declaration | 1.5 |
|  | Email Chavez re: sealed Exhibits | 0.2 |
| 3/19/19 | Review Order to file under seal | 0.1 |
|  | Prep sealed documents for filing | 0.4 |
|  | Email to Chavez re: sealed Motion and late opposition | 0.2 |
| 3/24/19 | Emails w/ Chavez re: failure to file a timely opposition | 0.7 |
| 3/27/19 | Call w/ Chavez re: settlement discussion | 0.5 |
|  | Email to client re: settlement | 0.2 |
| 3/30/19 | Call w/ client re case status and strategy moving forward | 0.4 |
|  | Call to Chavez | 0.1 |
| 4/1/19 | Call w/ Chavez re: settlement | 0.3 |
| 4/8/19 | Follow up email to Chavez | 0.1 |
| 4/28/19 | Review court's order on MSJ | 0.3 |
|  | Call and email client re: MSJ ruling | 0.3 |
| 4/29/19 | Call w/ client re status of the case and strategy moving forward | 1.3 |
| 4/30/19 | Call w/ Chavez re MSJ ruling and forthcoming motions for damages and attorneys fees | 0.4 |
| 5/5/19 | Call w/ client re: motion for damages and necessary information | 0.8 |

| Date | Description | Hours |
|---|---|---|
| 5/11/19 | Research and draft motion for attorneys' fees | 5.5 |
| 5/12/19 | Draft proposed order and declaration in support for motion for attorneys' fees | 1.8 |
| | Emails to Chavez re: previously send sealed filings | 0.3 |
| | Total Time: | 132.2 |
| | Hourly Rate: | $380/hr |
| | Total Fee Incurred: | $50,236.00 |

## Costs

| Date | Description | Amount |
|---|---|---|
| 8/16/18 | Filing Fee | $400.00 |
| 8/17/18 | One Legal Process Server | $119.25 |
| | Courtesy copy Fed Ex to Court | $62.11 |
| 7/8/19 | Process Server | $45.00 |
| 8/28/19 | HardDrive Fed Ex to Valle | $48.17 |
| 10/2/19 | Process Server | $180.20 |
| 3/16/20 | FedEx | $60.30 |
| | | |
| | Total Costs | $915.03 |

| | | |
|---|---|---|
| | Total Amount Sought | $51,151.03 |