UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    LACV 18-07188-VAP (SKx)                          Date:  May 18, 2020

Title      Jeffery R. Werner v. Evolve Media, LLC., et al.

Present:  The Honorable:   VIRGINIA A. PHILLIPS, CHIEF U.S. DISTRICT JUDGE

|  Christine Chung  |  Myra Ponce  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Ryan E. Carreon                              Ricardo Alan Chavez

**Proceedings:  TELEPHONIC PRETRIAL CONFERENCE**

Case called, and counsel state their appearances.  Court and counsel confer re the appropriate procedure to address the remaining issue of statutory damages in this case.

Mr. Chavez states his intention to withdraw from the case.  The Court advises Mr. Chavez that his Notice of Withdrawal filed 05/15/2020 is procedurally defective, and that he must file the proper documents to be relieved as counsel.

The Court ORDERS Plaintiff to file a motion re statutory damages, no later than **May 25, 2020.**

|  | 0:07 |
|---|---|
| **Initials of Preparer** | CCH |