Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for Plaintiff,
JEFFERY R. WERNER,

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY R. WERNER,<br><br>                    Plaintiff,<br>v.<br>EVOLVE MEDIA, LLC; CRAVEONLINE MEDIA, LLC; TOTALLYHER MEDIA, LLC and DOES 3-25, inclusive,<br><br>                    Defendant. | Case No. 2:18-cv-07188-VAP-SK<br><br>**[PROPOSED]** **AMENDED JUDGMENT** |

### **[PROPOSED] AMENDED JUDGMENT**

This case came before the Court on Plaintiff Jeffery R. Werner's ("Werner") Motion for Summary Judgment against Defendants Evolve Media, LLC ("Evolve"), CraveOnline Media, LLC ("CraveOnline"), and TotallyHer Media, LLC ("TotallyHer"). *See* Dkt. #63 and #66. On April 28, 2020, the Court **GRANTED** Werner's Motion for Summary Judgment [Dkt. #68] and entered judgment against Evolve, CraveOnline, and TotallyHer [Dkt. #69] and in favor of Werner. On June 22, 2020, the Court awarded Werner $200,000 in statutory damages [Dkt. #81], $50,236 in attorney's fees, and $915.03 in costs [Dkt. #82].

*///*

*///*

Therefore it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is entered in favor of Werner and against Evolve and CraveOnline for infringing use of the Buffalo Whisperer and Wiley Coyote Images in the Crave Article appearing on www.craveonline.com;

2. Judgment is entered in favor of Werner and against Evolve and TotallyHer for infringing use of the Mr. Stubbs Image in the Webecoist Article appearing on www.webecoist.momtastic.com;

3. Judgment is entered in favor of Werner and against Evolve and TotallyHer for infringing use of the Giant George Image in the Dogtime Article appearing on www.dogtime.com;

4. Evolve and CraveOnline are jointly and severally liable and hereby ordered to pay statutory damages for willful infringement of the Buffalo Whisperer Image in the amount of $10,000 pursuant to 17 U.S.C. § 504;

5. Evolve and CraveOnline are jointly and severally liable and hereby ordered to pay statutory damages for willful infringement of the Wiley Coyote Image in the amount of $10,000 pursuant to 17 U.S.C. § 504;

6. Evolve and TotallyHer are jointly and severally liable and hereby ordered to pay statutory damages for willful infringement of the Mr. Stubbs Image in the amount of $90,000 pursuant to 17 U.S.C. § 504;

7. Evolve and TotallyHer are jointly and severally liable and hereby ordered to pay statutory damages for willful infringement of the Giant George Image in the amount of $90,000 pursuant to 17 U.S.C. § 504;

8. Evolve, CraveOnline, and TotallyHer are jointly and severally liable and hereby ordered to pay $50,236 in attorney's fees, and $915.03 in costs pursuant 17 U.S.C. § 505;

9. Evolve, CraveOnline, TotallyHer and their agents, servants,

employees, successors, assigns, and all those acting directly or indirectly in concert or participation with any of them, shall be permanently enjoined from infringing, by any means and inducing copyright infringement by any means of the exclusive rights of Werner, under the Copyright Act, including but not limited to direct copyright infringement, inducement to infringe copyrights, contributory copyright infringement, and vicarious copyright infringement;

10. Post-judgment interest shall accrue at the rate of 0.17% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Judgment until the Judgment Amount and all accrued interest are paid in full to Werner; and,

11. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

There being no just reason for delay in the entry of this Judgment, the Court hereby directs the clerk to enter judgment against Defendants Evolve Media, LLC, CraveOnline Media, LLC, and TotallyHer Media, LLC, pursuant to Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure.

DATED: July 30, 2020

Hon. Virginia A. Phillips
United States District Judge