Mathew K. Higbee, SBN 241380
Ryan E. Carreon, SBN 311668
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, #112
Santa Ana, CA 92705
714-617-8336
rcarreon@higbeeassociates.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY R. WERNER<br><br>PLAINTIFF(S)<br>v.<br>EVOLVE MEDIA, LLC; CRAVEONLINE MEDIA, LLC; TOTALLYHER MEDIA, LLC and DOES 3-25, inclusive<br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-cv-07188-VAP-SK<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of __Los Angeles__

☐ State of _____, County of _____

I, __Ryan E. Carreon__ hereby state under penalty of perjury that,

1. Judgment for $ __251,151.03__ was entered on __7/30/20__ on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of __Jeffery R. Werner__ as Judgment Creditor, and against __Evolve Media, LLC__ as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the __Central__ District of __California__ are the following sums:
   $ __0.00__ accrued interest, computed at __0.00__ % *(See note.)*
   $ __0.00__ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at __Tustin__, State of __California__, this __30__ date of __July__, __2020__.

Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION