Shanen R. Prout (Cal.STate Bar No. 236137)
shanen@srplawyer.com
LAW OFFICE OF SHANEN R. PROUT

11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064

Tel. (424) 208-6399
Fax: (310) 494-9382

Attorneys for Defendants
EVOLVE MEDIA, LLC, CRAVEONLINE LLC
and TOTALLYHER MEDIA, LLC

**NO SHOWING OF GOOD CAUSE**
# DENIED
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| JEFFERY WERNER,<br><br>    Plaintiff,<br><br>    v.<br><br>EVOLVE MEDIA, LLC, CRAVEONLINE LLC and TOTALLYHER MEDIA, LLC, and DOES 3 through 25,<br><br>    Defendants. | Case No. 2:18-cv-07188-VAP-SK<br><br>Hon. Virginia A. Phillips, Courtroom 8A<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO PERMANENTLY SEAL DKT. NO. 122-3**<br><br>Hearing Date: November 16, 2020<br>Time: 2:00 p.m.<br>Courtroom: 8A<br><br>Case filed: August 16, 2018<br>Case closed: April 28, 2020 |

   The Court has read and considered the Joint Stipulation to Permanently Seal Dkt. No. 122-3 of Plaintiff JEFFERY WERNER and Defendants Evolve Media, LLC,

- 1 -

1  CraveOnline LLC and TotallyHer Media, LLC.  It appears to the satisfaction of the
2  Court that the parties have stated proper grounds for permanently sealing the document
3  filed in the above action as Dkt. No. 122-3.  The Court hereby APPROVES the parties'
4  Stipulation and ORDERS pursuant to the Court's powers under Local Rule 79-5.2, as
5  follows:
6      The Clerk of the Court shall immediately and permanently seal the document
7  filed in the above action on November 2, 2020 as Dkt. 122-3.

**IT IS SO ORDERED.**

**NO SHOWING OF GOOD CAUSE**
**DENIED**
BY ORDER OF THE COURT

Dated: November 4, 2020

Hon. Virginia A. Phillips
Judge, United States District Court

- 2 -

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO PERMANENTLY SEAL DKT. NO. 122-3